UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDMUND V. LUDWIG
Judge

12614 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1775
(215) 580-2030
(215) 580-2142 FAX

JAMES A. MATTHEWS
2000 MARKET ST., 10TH FL
PHILADELPHIA, PA 19103

WILLIAM L. MCLAUGHLIN
23 S. VALLEY RD.
P.O. BOX 494
PAOLI, PA 19301

## NOTICE OF SCHEDULING CONFERENCE

RE:   RCH PRODUCTS, INC.  v.  GANIS
      CIVIL ACTION NO. 02-cv-03756-EL

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on <u>Wednesday, August 7, 2002</u> at <u>11:30 a.m.</u> in chambers, Room 12614.

Enclosed is Judge Ludwig's <u>C</u> <u>A</u> <u>S</u> <u>E</u> Management Program.

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE: July 24, 2002