**ARBITRATION**
**RULE 16 CONFERENCE ORDER**

C.A. No. 02-3756    Filed:  6/13/02        Jury  x            Non-jury   X    (Equity Issues)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RCH PRODUCTS                                        Trial Counsel:      (May have personal
                                                    P  - J.Matthews     Reason for continuance)
                 v.
                                                    D - W. McLaughlin, Jr.
GANIS

                        _____


Upon conference, it is ORDERED:


Arbitrate during week of   October 14, 2002 .  No continuance without order.

  - Contact courtroom deputy for instructions before filing a discovery motion as to a discovery dispute.  (267) 299-7589.If total default, file under Local Rule 26.1(g) for immediate order.

  - See Scheduling Policy Statement.

  - Trial depositions no later than 10 days before trial date unless by agreement or court approval.

  - Summary judgment motions must be received by the court and nonmovants at least 30 days before arbitration date unless otherwise permitted.


By September 27 , 2002 , plaintiff will report in writing on serious settlement efforts.  Any party may request another conference.

[If arbitration decision is appealed, a Pretrial Stipulation signed by all counsel must be submitted 10 days before the trial date.  (See Standing Order on pretrial preparation - on back of this page.)]

[Magistrate Judge Caracappa (267) 299-7640]


Date:    8/07/02            _____
                                    Edmund V. Ludwig, J.



NOTE: Counsel to report by 8/14/2002 on equity issue and to do discovery
as disclosed.

**Pretrial Preparation SOP**
**for trials before**
**Judge Ludwig**


In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(2), a Pretrial Stipulation shall be submitted, containing the following:

1.  Agreed facts.  A conscientious effort should be made to narrow the areas of dispute.

2.  Each party's disputed facts.

3.  Each party's witnesses and the subject matter of the witness's testimony.

4.  Each party's exhibits, as marked for trial.

    -  Any objections to authenticity should be noted or will be considered waived.

5.  Unusual issues - contentions and authority.

6.  Brief description of any motions in limine - and nonmovant's position.

7.  The signed approval of trial counsel for each party.

Plaintiff's counsel should circulate initial draft at least one week before date due.

_____


To be submitted by first day of jury trial:

-  Requests for jury instructions.

-  Proposed jury verdict form ("special interrogatories" - contact courtroom deputy for format).

By first day of nonjury trial:

-  Requests for findings and conclusions.


Judge Ludwig