```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RCH PRODUCTS, INC.
              :  CIVIL ACTION
              :
   vs.         :
              :  NO. 02-3756
RICK GANIS, individually and
trading as REC SUPPLY

## O R D E R

**AND NOW, TO WIT:** this 24th day of September, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. Court to retain jurisdiction as necessary to enforce the settlement.

            **MICHAEL E. KUNZ**, Clerk of Court


            **BY:**_____
              Kathryne M. Crispell
              Deputy Clerk


_9/24/02_ copies via FAX to:  _9/24/02_ copies mailed to:

William L. McLaughlin, Esq.  James A. Matthews, Esq.